■ In the Matter of the Probate of the Will of JENNIE SIGL, Deceased. FRANK HORAK, Appellant; ANTONNETTE F. DRURY, as Executrix of JENNIE SIGL, Deceased, Respondent.— In a proceeding to have a certain document dated June 1, 1958, admitted to probate as the last will and testament of Jennie Sigl, deceased, the contestant, Frank Horak, son of the deceased, appeals from a decree of the Surrogate's Court, Dutchess County, dated February 25, 1960, granting probate. Decree affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.